# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                               : CASE NO: 2:11-CV-265
                                            : JUDGE SARGUS

**Danita Andrews,**
**SSN: \*\*\*-\*\*-4178**

        **Defendant.**

        **and**

**Flow Dry Technology Inc**

        **Garnishee.**

## ORDER

The Clerk of Court may disburse funds held for this case to U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363.  Counsel for Plaintiff shall mail and email a copy of this order to Garnishee, who shall send future garnishment payments to that address.

        **IT IS SO ORDERED**.


DATE: 6/3/2024


                                                  s/Edmund A. Sargus, Jr.
                                                  UNITED STATES DISTRICT JUDGE